U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 16 2018

TONY R. MOORE CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00122 |
| VERSUS | : | JUDGE DRELL |
| ROBERT TREMAINE WILLIAMS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 40], and in the transcript previously filed herein, [Doc. 41] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 36], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **ROBERT TREMAINE WILLIAMS** on March 12, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this 16 day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE